UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

---

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION

MDL DOCKET NO. 1332
Hon. J. Frederick Motz

This Document Relates To:

*Knight* v. *Microsoft Corp.*,
No. 1:00-2134

---

## STIPULATED ORDER OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure and the Settlement Agreement dated September 19, 2003 entered into between plaintiffs Manuel Knight, Webster T. Knight, and James Rudasill (collectively, "Plaintiffs") and defendant Microsoft Corporation ("Microsoft"), the parties hereto, by their undersigned counsel, stipulate to the dismissal of the above-captioned action.

connection with the above-captioned case.

SO ORDERED this ___ day of _____, 2004.

Agreed to by:

                                        David B. Tulchin
                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, New York 10004

                                        Richard Wallis
                                        Steven J. Aeschbacher
                                        MICROSOFT CORPORATION
                                        One Microsoft Way
                                        Redmond, Washington 98052

*Counsel for Manuel Knight, Webster T.*    *Counsel for Microsoft Corporation*
   *Knight, and James Rudasill*